First National Bank of Altoona *v.* Turchetta,
Appellant.

Argued May 3, 1962. Before BELL, C. J., MUSMAN-
NO, JONES, COHEN, EAGEN and O'BRIEN, JJ.

*James M. Dente,* for appellant.

*Alexander A. Notopoulos,* with him *Martin Goodman,* and *Goodman & Notopoulos,* for appellee.

OPINION PER CURIAM, May 24, 1962:
The order of the court below is affirmed on the opinion by Judge SWIRLES L. HIMES, specially presiding in the Court of Common Pleas of Blair County.

Mr. Justice BENJAMIN R. JONES and Mr. Justice COHEN dissent.